UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03491-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable William H. Orrick for consideration of whether the case is related to Taylor v. International Union Painters and Allied Trades 21-cv-08712-WHO.

　　　　**IT IS SO ORDERED.**

Dated: September 21, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge